Case No. 2-22-02063

# CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
George P. Apostolides
Saul Ewing Arnstein & Lehr LLP
161 North Clark, Suite 4200
Chicago, IL 60601

Michael Dougherty, Director of Credit
Bausch Health US LLC
400 Sommerset Corporate Blvd.
Bridgewater, NJ 08807

Bausch Health US LLC
Attn: Stephanie Reid
One Enterprise
Aliso Viejo, CA 92656

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Bausch Health US, LLC
Attn: Joseph C. Papa, CEO &
Christina M. Ackermann, General Counsel
400 Somerset Corporate Blvd
Bridgewater, NJ 08807

United Agent Group Inc.,
R/A for Bausch Health US, LLC
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date       February 4, 2022        Signature   /s/ Gini L. Downing_____

          Print Name:              Gini L. Downing_____
                                   Pachulski Stang Ziehl & Jones LLP
                                   10100 Santa Monica Blvd.
                                   13th Floor
          Business Address:        Los Angeles, CA 90067_____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Agent Group Inc.,
R/A for Bausch Health US, LLC
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

9590 9402 3367 7227 2946 26

2. Article Number *(Transfer from service label)*

7017 2400 0000 3936 9689

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Case 2-22-02063-PRW, Doc 7, Filed 03/02/22, Entered 03/02/22 11:03:40, Description: Main Document, Page 2 of 2