Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC. | Case No. 20-20230 (PRW) |
| Debtor. | |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST, <br><br> Plaintiff, <br> v. <br><br> BAUSCH HEALTH US LLC, <br><br> Defendant. | Adv. Proc. No. 22-02063 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the

RDC Liquidating Trust, and defendant Bausch Health US LLC (together, the "**Parties**"), have

entered into a settlement agreement that resolves the claims asserted in the above-captioned

adversary proceeding.  Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule

7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this

adversary proceeding, with each party to bear its own attorneys' fees and costs.


STIPULATED AND AGREED:

Dated:  November 2, 2022

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Ilan D. Scharf*

Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:     bsandler@pszjlaw.com
               ischarf@pszjlaw.com
               jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: November 2, 2022

SAUL EWING ARNSTEIN & LEHR LLP


*/s/ George P. Apostolides*

George P. Apostolides (admitted *pro hac vice*)
161 North Clark, Suite 4200
Chicago, IL 60601
Telephone:  (312) 876-7102
Email:  george.apostolides@saul.com

*Counsel to Defendant Bausch Health US LLC*


SO ORDERED

DATED: _____, 2022
               Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge